IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

| | |
|---|---|
| IN THE CHAPTER 7 MATTER OF )<br>Linda Leigh Roth & Paul Brian Roth, )<br>     ) | |
| Debtors    ) | Bankruptcy No.  07-70463 |
|     ) | Judge Mary P. Gorman |
| Application of:    )<br>Argent Mortgage Company, LLC    ) | |

**NOTICE:**
**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY**
**INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

### MOTION TO MODIFY AUTOMATIC STAY

Argent Mortgage Company, LLC, through its attorneys, Thompson, Rosenthal & Watts, LLP, moves the Court for relief from the Automatic Stay pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014, and states as follows:

1.    Movant is the holder of an Adjustable Note dated September 16, 2004, in the amount of $55,250.00, which is secured by a Mortgage dated September 16, 2004, in the amount of $55,250.00 on the residential property located at 1824 N. 21st Street., Springfield, IL 62702.  A copy of said Note and Mortgage are attached hereto as Exhibits A and B, respectively.

2.    The residential property value is believed not to exceed the indebtedness under the Note and Mortgage, taking into consideration other liens on the property and the normal expenses of sale. The current principal balance due on the loan is $54,075.96.58 plus interest, late fees and legal fees.

3.    Taking into consideration the normal expenses of sale, there is no equity in the property to be foreclosed upon, and further, given the additional interest and late fees which will

continue to accrue, the security interest of Movant will not likely be adequately protected unless relief from the Automatic Stay is granted.

    4.    The Court has the authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and movant requests this Court so order.

WHEREFORE, Movant prays for the entry of an Order modifying the Automatic Stay under Section 362 of the Bankruptcy Code to commence or continue foreclosure proceedings, to take possession of and hold a judicial sale of the property being foreclosed and to have title to the property issue to the successful bidder at a judicial sale, and for such other and further relief as may be deemed advisable and necessary.

By: /s/ *Michelle R. Ratledge*
Attorney for Deutsche Bank National Trust

Ari J. Rosenthal
Michelle R. Ratledge
Thompson, Rosenthal & Watts, LLP
1001 E. Chicago Ave., Suite 111
Naperville, IL  60540
(630) 369-3535

## CERTIFICATION

I, Michelle R. Ratledge, an attorney, certify that I served this notice to each person to whom it is directed by depositing same in the United States Mail, postage prepaid, before 5:00 pm on April 24, 2007, at 1001 East Chicago Avenue, #111, Naperville, IL 60540, except as to those recipients who have consented to receive notice electronically by the Bankruptcy Court.

/s/ *Michelle R. Ratledge*

| | | |
|---|---|---|
| Debtor: | Linda Leigh Roth<br>Paul Brian Roth<br>1824 N. 21st Street<br>Springfield, IL 62702 | Via First Class Mail |
| Debtor's Counsel: | Karl R. Niebuhr<br>P.O. Box 10407<br>Peoria, IL 61612 | Via Electronic Notice |
| Trustee: | Mariann Pogge<br>3300 Hedley Road<br>Springfield, IL 62711 | Via Electronic Notice |