**IT IS SO ORDERED.**

**SIGNED THIS: May 14, 2007**

_____
**MARY P. GORMAN
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

| | |
|---|---|
| IN THE CHAPTER 7 MATTER OF ) | |
| Linda Leigh Roth & Paul Brian Roth, ) | |
| ) | |
| Debtors ) | Bankruptcy No. 07-70463 |
| ) | Judge Mary P. Gorman |
| Application of: ) | |
| Argent Mortgage Company, LLC ) | |

<u>ORDER GRANTNG RELIEF FROM AUTOMATIC STAY</u>

This cause coming on to be heard on the application of Argent Mortgage Company, LLC to modify the restraining provisions of 11 U.S.C. 361, 362, pursuant to Bankruptcy Rules 4001 and 9014, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that:

1.    The restraining provisions of Section 361 and 362 of the Bankruptcy Code be and are hereby modified to permit Argent Mortgage Company, LLC, and/or its assigns or servicing agents, to take possession of and foreclose upon its mortgage on the residential property located at 1824 N. 21st Street, Springfield, Illinois 62702, as provided by Illinois law;

2. Rule 4001(a)(3) is not applicable and Argent Mortgage Company, LLC and/or its assigns or servicing agents, may immediately enforce and implement this Order granting relief from automatic stay.

Ari J. Rosenthal
Michelle R. Ratledge
Thompson, Rosenthal & Watts, LLP
1001 E. Chicago Avenue, Suite 111
Naperville, IL  60540

###